JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YUVAL SHREM, *et al.*, | ) | CV 2:19-cv-00617-AB-SS |
| | ) | |
| Plaintiffs, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KATHY A. BARAN, sued in her official capacity as Director of U.S. Citizenship and Immigration Services, *et al*. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     UPON CONSIDERATION of the parties' Cross-Motions for Summary Judgment (Dkt. Nos. 32, 35), oral argument on January 17, 2020, and for the reasons set forth in this Court's Order Denying Plaintiffs' Motion for Summary Judgment [Dkt. No. 32] and Granting Defendants' Motion for Summary Judgment [Dkt. No. 35], the Court enters the following Judgment resolving all claims:

     WHEREAS this is an action under the Administrative Procedure Act ("APA");

     WHEREAS, under the APA, an informal agency action may only be disturbed if it is found to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law." *See* 5 U.S.C. § 706(2)(A);

     WHEREAS a district may resolve at summary judgment a challenge to a final agency action under the APA. *See Occidental Engineering Co. v. INS*, 753 F.2d 766, 770 (9th Cir. 1985) ("[S]ummary judgment is an appropriate mechanism for deciding the legal question of whether the agency could reasonably have found the facts as it did.");

WHEREAS in the context of an action under the APA, judicial review is generally limited to the administrative record;

WHEREAS U.S. Citizenship and Immigration Services ("USCIS") did not violate the APA by adjudicating Plaintiff LMP Studios, Inc.'s Form I-129 Petition ("Petition") under the category for extraordinary achievement in motion picture and television;

WHEREAS USCIS did not abuse its discretion by denying the Petition;

WHEREAS Plaintiffs did not demonstrate that the administrative record submitted by USCIS is incomplete.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is **GRANTED** in favor of the Defendants, each party to bear its own fees and costs, and that this matter is **ADMINISTRATIVELY CLOSED**.

IT IS SO ORDERED.

DATED: February 11, 2020

_____
Hon. Andre Birotte, Jr.
U.S. District Court Judge